# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           **Plaintiff,**<br><br>v.<br><br>RONNY WAYNE MANTZKE,<br><br>           **Defendant.** | Case No. 09-CR-035-JFH |

## OPINION AND ORDER

Before the Court is a Motion to Dismiss Warrant ("Motion") filed pro se by Defendant Ronny Wayne Mantzke ("Defendant"). Dkt. No. 39. In his Motion, Defendant requests that the warrant for his arrest issued on December 10, 2021 at Dkt. No. 37 be dismissed. *Id*. at 1. Specifically, Defendant complains that the outstanding warrant prevents him from accessing lower security status during his incarceration at the Allen Gamble Correctional Center in Holdenville, Oklahoma and, thereby, prevents him from participating in certain programming and from earning "goodtime credits" toward the completion of his state court sentence. *Id*. For the following reasons, the Motion is denied.

On October 21, 2009, Defendant was sentenced to a total of one-hundred-sixty-eight (168) months of imprisonment as to Counts One, Two, and Three of the indictment, followed by a thirty-six (36) month term of supervised release.[1] Dkt. No. 27. Defendant began his term of supervised release on June 10, 2020. Dkt. No. 36 at 1.

---

[1] Count One charged Defendant with Possession of Listed Chemical with Intent to Manufacture a Controlled Substance, in violation of 21 U.S.C. § 841(c)(1), Count Two charged Defendant with Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A), and Count Three charged Defendant with Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

On December 9, 2021, the United States Probation Office submitted a Petition for Warrant for Offender Under Supervision ("Petition") alleging that Defendant had violated the conditions of his supervised release. *Id*. Upon review of the Petition, the Court agreed and a warrant was issued. Dkt. No. 37.

On January 14, 2022, an Amended Petition for Warrant for Offender Under Supervision ("Amended Petition") was filed alleging that, in addition to the previously alleged violations, Defendant also violated his conditions of supervised release by committing another crime. Dkt. No. 38. Specifically, the Amended Petition alleged that Defendant had been charged in Carter County District Court Case No. CF-2021-413 with (1) Trafficking in Illegal Drugs; (2) Possessing a Firearm During Commission of a Felony; and (3) Possession of Firearm After Former Felony Conviction.[2] *Id*. at 2. Upon review of the Amended Petition, this Court agreed that the warrant issued on December 10, 2021 should remain. *Id*. To date, that warrant remains pending.

Upon review of the Motion, the Court does not find good cause to dismiss or vacate the pending warrant. Likewise, the Court does not find good cause to dismiss or vacate the Amended Petition. Despite Defendant's conviction and imprisonment in the state court matter, allegations that Defendant violated the terms of supervision in this matter remain pending, along with the warrant for Defendant's arrest.

IT IS THEREFORE ORDERED that that the Motion to Dismiss Warrant [Dkt. No. 37] is DENIED. The Court Clerk is directed to mail a copy of this order to Defendant.

DATED this 27th day of March 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE

---

[2] Defendant is currently serving a term of imprisonment following a conviction in this case.